IN THE SUPREME COURT OF TENNESSEE

AT NASHVILLE

**FILED**

NOT FOR PUBLICATION
**February 1, 1999**
Filed: **February 1, 1999**
**Cecil W. Crowson**
**Appellate Court Clerk**

EDMUND GEORGE ZAGORSKI,      )
                             )
        Appellant,           )
                             )        ROBERTSON CIRCUIT
V.                           )
                             )        No. 01SO1-9711-CC-00240
STATE OF TENNESSEE,          )
                             )
        Appellee.            )

**ORDER DENYING PETITION FOR REHEARING**

Appellant Edmund George Zagorski has filed a petition to rehear this cause pursuant to Tenn. R. App. P. 39 contending that our opinion conflicts with and/or overlooks principles of law regarding trial counsel's duties to investigate mitigation evidence and fully advise a defendant regarding a potential mitigation defense. We have reviewed all of the arguments raised in the petition, and we find them to be without merit.

Accordingly, after due consideration, the court is of the opinion that the petition should be and the same is hereby denied.

PER CURIAM